CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

SEP 06 2013

JULIA C. DUDLEY, CLERK
BY: /s/
   DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

| | |
|---|---|
| TRAVIS JACKSON MARRON, | CASE NO. 7:13CV00338 |
| Plaintiff, | |
| | ORDER |
| v. | |
| GUARD SGT. MR. MILLER, ET AL., | By: Glen E. Conrad |
| | Chief United States District Judge |
| Defendant(s). | |

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

that plaintiff's motion for interlocutory injunctive relief (ECF No. 11) is **DENIED**.

ENTER: This 6th day of September, 2013.

_____
Chief United States District Judge